Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51901.**—Kwong Mee Yuen et al. *v.* United States, protests 864534–G, etc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51902.**—Mason Bros. & Tarlin et al. *v.* United States, protests 52430–K, etc. (Boston, etc.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51903.**—F. W. Myers & Co., Inc., et al. *v.* United States, protests 115250–K, etc. (Ogdensburg, etc.).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 10, 1947

**No. 51904.**—SUIT 4556.—*United States* v. *McLaughlin & Freeman.*—C. D. 1008 reversed June 3, 1947. C. A. D. 368.

BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1947

**No. 51905.**—Tientsin Trading Corp. *v.* United States, protests 492557–G, etc. (New York).

Opinion by TILSON, J. At the trial counsel for the plaintiff established by the testimony of a qualified witness that the hats in question are similar in all material respects to those the classification of which was involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts and following the authority cited the claim of the plaintiff was sustained.

**No. 51906.**—Gimbel Bros., Inc., N. Y. *v.* United States, protests 94543–K, etc. (New York).